**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

GODSON ERUCHALU,

          Plaintiff - Appellant,

   v.

U.S. BANK; et al.,

          Defendants - Appellees.

No. 14-15102

D.C. No. 2:12-cv-01264-MMD-VCF

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Nevada
Miranda Du, District Judge, Presiding

Submitted July 22, 2014[**]

Before: GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

    Plaintiff Godson Eruchalu appeals pro se the district court's denial of his

request for preliminary injunctive relief. We have jurisdiction under 28 U.S.C. §

1292(a)(1), and we affirm.

---

    [*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude the district court did not abuse its discretion. *Winter v. Natural Res. Def. Council Inc.*, 555 U.S. 7, 24 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752-53 (9th Cir. 1982) (explaining limited scope of review).

**AFFIRMED.**